JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVEN DEAN JONES,

        Petitioner,

        v.

FELICIA PONCE, Warden,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 17-3356-DOC (SP)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: ___February 28, 2018___

_David O. Carter_
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE